No. 96–1157. Lucas et al. v. United States. C. A. 11th
Cir. Certiorari denied.

No. 96–1172. Milton S. Kronheim & Co., Inc. v. District
of Columbia et al. C. A. D. C. Cir. Certiorari denied.

No. 96–1241. Saffle, Director, Oklahoma State Peniten-
tiary, et al. v. Battle et al. C. A. 10th Cir. Certiorari de-
nied.

No. 96–1293. McKenzie v. Renberg's, Inc., et al. C. A.
10th Cir. Certiorari denied.

No. 96–1295. Sunburst Products, Inc., dba Freestyle
U. S. A. v. Cyrk Inc. et al. C. A. Fed. Cir. Certiorari denied.

No. 96–1303. City of Danville, Kentucky v. Kentucky
River Authority et al. Ct. App. Ky. Certiorari denied.

No. 96–1312. Kearns v. General Motors Corp. et al.
C. A. Fed. Cir. Certiorari denied.

No. 96–1314. Englander et ux. v. Mills et al. C. A. 11th
Cir. Certiorari denied.

No. 96–1316. W. W. W. Enterprises, Inc., dba Williamson
of Homestead v. Pidal. C. A. 11th Cir. Certiorari denied.

No. 96–1321. Brown University et al. v. Cohen et al.
C. A. 1st Cir. Certiorari denied.

No. 96–1322. Futterman v. Nasset et al. Ct. App. Minn.
Certiorari denied.

No. 96–1335. Smith v. Metro-North Commuter Railroad.
App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 96–1342. American Broadcasting Cos., Inc. v. Lun-
dell Manufacturing Co., Inc. C. A. 8th Cir. Certiorari de-
nied.